UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


RECEIVED
SEP 04 2019
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag No. 19-1555 |
| v. | : | |
| JEFFREY A. MULCAHY | : | CRIMINAL COMPLAINT |

I, Michael Klubek, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a United States Park Ranger with the United States National Park Service, and that this Complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part hereof.

_____
Michael Klubek, U.S. Park Ranger
United States National Park Service

Sworn to before me and subscribed in my presence,
September 4, 2019, at Trenton, New Jersey

Honorable Douglas E. Arpert         _____
United States Magistrate Judge       Signature of Judicial Officer

## ATTACHMENT A

On or about September 2, 2019, in Warren County, in the District of New Jersey, and elsewhere, the defendant,

### JEFFREY A. MULCAHY,

within the special maritime and territorial jurisdiction of the United States, did assault Victim 1 with a dangerous weapon, with intent to do bodily harm,

In violation of Title 18, United States Code, Section 113(a)(3).

## ATTACHMENT B

I, Michael Klubek, am a United States Park Police Officer with the United States Park Police ("USPP"). I have knowledge of the following facts based upon both my investigation and discussions with other law enforcement personnel and others. Because this affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not included each and every fact known to the government concerning this matter. Where statements of others are set forth herein, these statements are related in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about September 2, 2019, two individuals referred to herein as "Victim 1" and "Victim 2" were swimming in the Delaware River in or around the Kittatinny Point area of the Delaware Water Gap in Warren County, New Jersey. While swimming that afternoon, an individual later identified as defendant JEFFREY A. MULCAHY approached Victims 1 and 2 and began speaking to them about fishing. After a few minutes, MULCAHY departed the area.

2. Approximately fifteen minutes later, MULCAHY returned to the area holding a can of beer and continued to talk to Victim 1 and Victim 2 about fishing. However, MULCAHY appeared agitated. By this point, Victim 1 and Victim 2 had gotten out of the river and were standing near the riverbed. MULCAHY removed what appeared to be a handgun from his waistband and pointed it at Victim 2's head. While pointing the gun at Victim 2, MULCAHY ordered Victims 1 and 2 to the ground. MULCAHY then pointed the gun at Victim 1 and stated that he was going to kill Victim 1 if Victim 1 did not listen to him. MULCAHY struck Victim 1 in the head and neck area with the handgun. MULCAHY then began pulling rope out of his pocket and attempted to get Victim 1's hands behind Victim 1's back. Victim 1 resisted and was able to take MULCAHY to the ground where the two began a physical struggle. During the struggle, MULCAHY's handgun fell to the ground and Victim 2 recovered it and departed to contact law enforcement for assistance. After the brief physical altercation, Victim 1 ran off to a nearby picnic area to locate Victim 2. Shortly thereafter, Victim 1 observed MULCAHY drive by in a white van. Victim 1 memorized the license plate and later provided it to law enforcement. Subsequent investigation of the handgun that Victim 2 recovered from MULCAHY revealed that the handgun was a pellet gun.

3. Later the same day, law enforcement officers in Hackettstown, New Jersey located MULCAHY driving the white van. Officers attempted to stop the van, but MULCAHY attempted to flee and led the officers on a pursuit. During the pursuit, MULCAHY threw a bloody shirt from the window of the van. Shortly thereafter, law enforcement stopped the van and took MULCAHY into custody.